**STATE of Missouri, Respondent,**

v.

**Cornelius WILLIAMS, Appellant.**

**Cornelius WILLIAMS, Appellant,**

v.

**STATE of Missouri, Respondent.**

Nos. 61851, 67206.

Missouri Court of Appeals,
Eastern District,
Division Four.

July 18, 1995.

Gary E. Brotherton, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and PUDLOWSKI and GRIMM, JJ.

*ORDER*

PER CURIAM.

In this jury-tried case, defendant was convicted of second degree murder, in violation of § 565.021 RSMo 1994, four counts of first degree robbery, § 569.020, and five counts of armed criminal action, § 571.015. Defendant was sentenced as a prior offender to one term of life imprisonment to run consecutively with four thirty-year and five twenty-year sentences to run concurrently. Defendant appeals the judgment and sentences. He also appeals the denial of his Rule 29.15 motion for postconviction relief after an evidentiary hearing.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgments of the trial court and motion court are affirmed in accordance with Rules 30.25(b) and 84.16(b).

**Dennis Conrad LINDSLEY, Respondent,**

v.

**Elaine Ann LINDSLEY, Appellant.**

No. 66784.

Missouri Court of Appeals,
Eastern District,
Division One.

July 18, 1995.

David B. Lacks and David V. Collignon, Clayton, for appellant.

Justin C. Cordonnier and Thomas B. Weaver, St. Louis, for respondent.

Before REINHARD, P.J., and KAROHL and RHODES, JJ.

*ORDER*

PER CURIAM.

Appellant Elaine Ann Lindsley appeals only from the amount of maintenance granted to her in a decree of dissolution of marriage. We have reviewed the record and the briefs filed by the parties and find the circuit court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. An opinion reciting the detailed facts and restating the principles of law would have no precedential value.

The judgment is affirmed in accordance with Rule 84.16(b).